OPINION — AG — ** DIVISION OF ECONOMIC OPPORTUNITY — TRAVEL REGULATIONS ** THE DIVISION OF ECONOMIC OPPORTUNITY OF THE OFFICE OF THE GOVERNOR IS OBLIGATED TO FOLLOW THE PROVISIONS OF 74 O.S. 500.1 [74-500.1] — 74 O.S. 500.14 [74-500.14], AS AMENDED IN 74 O.S. 500.5 [74-500.5] AND 74 O.S. 500.8 [74-500.8], REGARDING TRAVEL ON OFFICIAL BUSINESS RATHER THAN ON FEDERAL REGULATIONS. (FEDERAL PROGRAM, TRAVEL, PER DIEM, MILEAGE) CITE: 74 O.S. 285 [74-285](6) (PENN LERBLANCE) ** SEE: OPINION NO. 71-261 (1971) **